RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Paul A. Kroeger, (SBN 229074)
pkroeger@raklaw.com
Dale Chang, (SBN 248657)
dchang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:    (310) 826-6991

*Attorneys for Plaintiff*
*MR Technologies, GMBH*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR TECHNOLOGIES, GMBH,<br><br>  Plaintiff,<br><br>vs.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No. 24-1848<br><br>**DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1(A)]**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff MR Technologies, GMBH certifies that there is no parent corporation and that no publicly held corporation owns 10 percent or more of the interest in MR Technologies, GMBH.

DATED: August 22, 2024                    Respectfully submitted,

                                          */s/Marc A. Fenster*

                                          Marc A. Fenster (CA SBN 181067)
                                          mfenster@raklaw.com
                                          Reza Mirzaie (SBN 246953)
                                          rmirzaie@raklaw.com
                                          Paul A. Kroeger, (SBN 229074)
                                          pkroeger@raklaw.com
                                          Dale Chang, (SBN 248657)
                                          dchang@raklaw.com
                                          **RUSS AUGUST & KABAT**
                                          12424 Wilshire Blvd. 12th Floor
                                          Los Angeles, CA 90025
                                          Phone: (310) 826-7474
                                          Facsimile: (310) 826-6991

                                          *Attorneys for Plaintiff*
                                          *MR Technologies, GMBH*