NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

RUSS, AUGUST & KABAT
Marc A. Fenster SBN 181067
mfenster@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile 310.826.6991

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff MR TECHNOLOGIES, GMBH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MR TECHNOLOGIES, GMBH | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:24-cv-01848 |
| v. | |
| WESTERN DIGITAL TECHNOLOGIES, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff MR TECHNOLOGIES, GMBH or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MR TECHNOLOGIES, GMBH | Plaintiff |
| RUSS, AUGUST & KABAT | Plaintiff's counsel |
| WESTERN DIGITAL TECHNOLOGIES, INC. | Defendant |

August 22, 2024
Date

/s/ Marc A. Fenster
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff MR TECHNOLOGIES, GMBH