UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:24-cv-01848-JVS-DFM                  Date July 08, 2025

Title: MR Technologies GMBH v. Western Digital Technologies, Inc.

Present: The Honorable  James V. Selna, United States District Judge

| Elsa Vargas | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not                                             Not

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated May 16, 2025.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    eva